IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH K. NORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02719 |
| ) | Judge Trauger |
| F/N/U COVEY, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On August 20, 2018, the magistrate judge issued a Report and Recommendation (DE #34), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by defendants Covey and Eckford (Docket 19) is GRANTED, and all of the plaintiff's claims against these two defendants are DISMISSED with prejudice.

Further, the plaintiff's claims against Dr. R. Aballay are DISMISSED without prejudice to the plaintiff being able to establish before the magistrate judge good cause for his failure to pursue service.

This case is referred back to the magistrate judge for further handling under the original referral order.

It is so **ORDERED**.

ENTER this 11th day of September 2018.

_____
ALETA A. TRAUGER
U.S. District Judge