IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH K. NORRIS, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:16-cv-2719 |
| | ) Judge Trauger |
| F/N/U COVERY, ET AL., | ) |
| Defendants. | ) |

**O R D E R**

On October 30, 2018, the magistrate judge issued a Report and Recommendation (Docket No. 36), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's claims against Dr. R. Aballay are DISMISSED without prejudice for failure to prosecute. The claims against all other defendants having already been dismissed, it is hereby ORDERED that the Clerk shall close this case.

This Order constitutes the judgment in this case

It is so **ORDERED.**

Enter this 26th day of March 2019.

_____
ALETA A. TRAUGER
U.S. District Judge